UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:24-cr-00340(CBA)(SJB)

**FILED**
12:04 pm, Aug 19, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            August 19, 2024

                                          BREON PEACE
                                          United States Attorney
                                          Eastern District of New York
                                          271 Cadman Plaza East
                                          Brooklyn, New York 11201

                              By:          /s/
                                          Jonathan Siegel
                                          Michael W. Gibaldi
                                          Anna L. Karamigios
                                          Sophia M. Suarez
                                          Assistant United States Attorneys
                                          (718) 254-7000

Cc:    Clerk of the Court (by email)
        Counsel of record (by email)